THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY H. BROWNE, Appellant.

*People* v. *Browne,* 118 App. Div. 793, affirmed.
(Argued June 10, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1907, which affirmed a judgment of the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of forgery in the first degree.

*Clark L. Jordan* for appellant.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.